United States Courts
Southern District of Texas
FILED
AUG 18 2011
David J. Bradley, Clerk of Court

FILED
AUG 2 2 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| PROB 22 (Rev 2/88) **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 2:03CR00004-002 |
|---|---|
| | DOCKET NUMBER (Rec Court) A:11-CR-425-SS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Robert Garcia  Del Valle, TX | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION CORPUS CHRISTI |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hayden Head | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM April 25, 2011 | TO April 24, 2014 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute Approximately 42 Kilograms of Marihuana, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(D)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **WESTERN DISTRICT OF TEXAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/18/11
Date

/s/ Hayden Head
HAYDEN HEAD
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-15-11
Effective Date

/s/ Sam Sparks
United States District Judge

TRUE COPY I CERTIFY
ATTEST: 8-18-11 Date  1 # of pages
DAVID J. BRADLEY, Clerk of Court
By /s/ Donna Terrell
Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN -8 2003

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. C-03-4 |
| § | |
| GARY GAROUTTE § | |
| ROBERT GARCIA § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about June 26, 2002 to on or about July 6, 2002, in the Corpus Christi Division of the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendants,

GARY GAROUTTE, and
ROBERT GARCIA,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance, that is less than fifty (50) kilograms of marihuana, to wit: approximately forty-four (44) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(D).

### COUNT TWO

On or about July 6, 2002 in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

GARY GAROUTTE, and
ROBERT GARCIA

did knowingly and intentionally possess with intent to distribute a controlled substance, that is less than fifty (50) kilograms of marihuana, to-wit: approximately forty-four (44) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: ELSA SALINAS-PATTERSON
Assistant United States Attorney

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Corpus Christi

United States District Court
Southern District of Texas
ENTERED
SEP 02 2003
Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ROBERT GARCIA | Case Number: 2:03CR00004-002 |
| | David Alan Higdon |
| | Defendant's Attorney |

☐ See Additional Aliases sheet.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    One on June 2, 2003

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §846, 841(a)(1) and 841(b)(1)(D) | Conspiracy to Possess With Intent to Distribute Approximately 42 Kilograms of Marihuana | 07/06/2002 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) Two    ☒ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 06/06/1971
Defendant's USM No.: 23773-179
Defendant's Residence Address:
1110 Keralum
Mission, Texas 78572

Defendant's Mailing Address:
1110 Keralum
Mission, Texas 78572

August 26, 2003
Date of Imposition of Judgment

Signature of Judicial Officer

**HAYDEN W. HEAD JR.**
UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

Date 8/31/03

DEFENDANT: ROBERT GARCIA
CASE NUMBER: 2:03CR00004-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of     60 months.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 pm on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Robert Garcia    Date 4-26-11
Defendant

[signature]    Date 4/26/2011
U.S. Probation Officer/Designated Witness

DEFENDANT: ROBERT GARCIA
CASE NUMBER: 2:03CR00004-002

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  3 year(s).

☐ See Additional Supervised Released Terms Sheet.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☒ See Additional Mandatory Conditions Sheet

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 3 -- Continued -- Mandatory Conditions

Judgment -- Page 4 of 7

DEFENDANT:    ROBERT GARCIA
CASE NUMBER:  2:03CR00004-002

## ADDITIONAL MANDATORY CONDITIONS

**MANDATORY DRUG TESTING:** The defendant shall participate in mandatory drug testing as directed by the Probation Office at a rate of not less than 4 times nor more than 8 times per month, unless reduced at the discretion of the Probation Office. The defendant shall contribute to the costs of the testing based on ability to pay as determined by the Probation Office.

AO 245B  (Rev. 3/01) Judgment in a Criminal C...
Sheet 3 – Continued 2 -- Supervised Release

Judgment -- Page 5 of 7

DEFENDANT: **ROBERT GARCIA**
CASE NUMBER: **2:03CR00004-002**

## SPECIAL CONDITIONS OF SUPERVISION

**GANG PROHIBITION:** The defendant is not to be affiliated with any organized gang and is not to participate in gang-related activities or to associate with any gang members.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part A -- Criminal Monetary Penalties

Judgment — Page 6 of 7

DEFENDANT: ROBERT GARCIA
CASE NUMBER: 2:03CR00004-002

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|   | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 1,000.00 | $ |

☐ See Additional Terms for Criminal Monetary Penalties Sheet.

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

☐ See Additional Restitution Payees Sheet.

| TOTALS |  | $0.00 | $0.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement $_____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☒ the interest requirement is waived for the ☒ fine and/or ☐ restitution.

  ☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
         Sheet 5, Part B -- Criminal Monetary Penalties

Judgment -- Page 7 of 7

DEFENDANT: ROBERT GARCIA
CASE NUMBER: 2:03CR00004-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☐ Lump sum payment of _____ due immediately, balance due
      ☐ not later than _____, and/or
      ☐ in accordance with ☐ C, ☐ D, and/or ☐ E, below; or

B  ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ E below); or

C  ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☒ Special instructions regarding the payment of criminal monetary penalties:
      Make all payments payable to: U.S. District Clerk, 1133 N Shoreline Blvd Ste 208, Corpus Christi, TX 78401.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐ See Additional Defendants Held Joint and Several sheet.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:03-cr-00004-2
## Internal Use Only

Case title: USA v. Garoutte, et al

Date Filed: 01/08/2003
Date Terminated: 08/26/2003

Assigned to: Judge Hayden Head

**Defendant (2)**

**Richard NMI Garcia**
*TERMINATED: 08/26/2003*
*also known as*
Robert Garcia

represented by **David Alan Higdon**
Attorney at Law
4739 S. Jackson
Edinburg, TX 78539
956-682-3451
Fax: 956-682-3453 fax
Email: david@higdonlawfirm.com
*TERMINATED: 08/26/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

Did knowingly and intentionally conspire to possess with intent to distribute approximately 44 kilograms of marihuana- 21 USC 846, 841(a)(1) and 841(b)(1)(D). Date of Offense: 6/26/02 to 7/6/02. PENALTY: Not more than 5 years imprisonment, a fine of up to $250,000, at least 2 years SRT, $100 Special Assessment.
(1)

**Disposition**

60 mos BOP; 3 years Supervised Release Term; $1,000 fine; $100 Special Assessment

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**

Did knowingly and intentionally possess with intent to distribute approximately 44 kilograms of marihuana- 21 USC 841(a)(1) and 841

**Disposition**

TRUE COPY I CERTIFY
ATTEST: 8-18-11 Date 7 # of pages
DAVID J. BRADLEY, Clerk of Court

By
       Deputy Clerk

(b)(1)(D). Date of Offense: 7/6/02.
PENALTY: Not more than 5 years imprisonment, a fine of up to $250,000, at least 3 years SRT, a $100 special assessment and community restitution up to the amount of any fine imposed by the court.
(2)

Dismissed on government's motion

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

---

### Plaintiff

**USA**     represented by     **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - CC**
1133 North Shoreline, Room 109
Corpus Christi, TX 78401
361-888-3154
Fax: 361-888-3174
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
Email: txsptdb_corduty@txspt.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**US Probation - CC**
1133 North Shoreline Blvd, Room 124
Corpus Christi, TX 78401
361-888-3518 fax
Fax: 361-888-3518 fax
Email: TXSPdb_CorDuty@txsp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Elsa Salinas**
Office of the U S Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: elsa.salinas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2003 | 1 | INDICTMENT as to Robert NMI Garcia (2) count(s) 1, 2 ,filed. (kbledsoe) (Entered: 04/07/2003) |
| 01/08/2003 | 2 | NOTICE of Related Case by USA as to Robert NMI Garcia , filed. (kbledsoe) (Entered: 04/07/2003) |
| 01/08/2003 | 3 | MOTION by USA as to Robert NMI Garcia to seal Indictment and Related Documents , filed. (kbledsoe) (Entered: 04/07/2003) |
| 01/08/2003 | 5 | MOTION by USA as to Robert NMI Garcia for Issuance of Warrant , and to set Bond , filed. (kbledsoe) (Entered: 04/07/2003) |
| 01/09/2003 | 6 | ORDER granting [3-1] motion to seal Indictment and Related Documents as to Robert NMI Garcia (2) ( Signed by Magistrate Judge B. J. Ellington ), entered. Parties ntfd. (kbledsoe) (Entered: 04/07/2003) |
| 01/09/2003 | 8 | ORDER granting [5-1] motion for Issuance of Warrant as to Robert NMI Garcia (2), granting [5-2] motion to set Bond -WITHOUT BOND ( Signed by Magistrate Judge B. J. Ellington ), entered. Parties ntfd. (kbledsoe) (Entered: 04/07/2003) |
| 01/09/2003 |  | arrest WARRANT issued as to Robert NMI Garcia (kbledsoe) (Entered: 04/07/2003) |
| 01/29/2003 |  | (Court only) **Added Government Attorney Elsa Salinas, U S Marshal - C, |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | U S Probation, Pretrial Services - CC, Financial Litigation (lrivera) (Entered: 01/31/2003)                                                                                                                                                                                                                                                                                                                                     |
| 01/31/2003 |    | (Court only) **Bar code printed for [8-1] redacted indictment (lrivera) (Entered: 01/31/2003)                                                                                                                                                                                                                                                                                                                                   |
| 02/26/2003 |    | (Court only) **Bar code printed for [13-1] affidavit (glerma) (Entered: 02/27/2003)                                                                                                                                                                                                                                                                                                                                             |
| 03/04/2003 |    | (Court only) **Bar code printed for [18-1] Minute Entry (shytnen) (Entered: 03/04/2003)                                                                                                                                                                                                                                                                                                                                         |
| 03/20/2003 |    | (Court only) **Bar code printed for [22-1] unexecuted warrant (lrivera) (Entered: 03/20/2003)                                                                                                                                                                                                                                                                                                                                   |
| 04/03/2003 | 27 | Docket Entry as to Robert NMI Garcia , filed. USM advised dft had been arrested in McAllen, TX on 4/3/03. Indictment unsealed upon dft's arrest. (kbledsoe) Modified on 04/09/2003 (Entered: 04/07/2003)                                                                                                                                                                                                                         |
| 04/03/2003 |    | Indictment unsealed as to Robert NMI Garcia (kbledsoe) (Entered: 04/07/2003)                                                                                                                                                                                                                                                                                                                                                    |
| 04/07/2003 |    | (Court only) **Bar code printed for [1-1] indictment in (kbledsoe) (Entered: 04/07/2003)                                                                                                                                                                                                                                                                                                                                        |
| 04/07/2003 |    | (Court only) **Bar code printed for [2-1] notice (kbledsoe) (Entered: 04/07/2003)                                                                                                                                                                                                                                                                                                                                               |
| 04/07/2003 |    | (Court only) **Bar code printed for [3-1] motion to seal indictment and related documents (kbledsoe) (Entered: 04/07/2003)                                                                                                                                                                                                                                                                                                      |
| 04/07/2003 |    | (Court only) **Bar code printed for [5-1] motion for Issuance of Warrant, [5-2] motion to set Bond (kbledsoe) (Entered: 04/07/2003)                                                                                                                                                                                                                                                                                             |
| 04/07/2003 |    | (Court only) **Bar code printed for [6-1] order (kbledsoe) (Entered: 04/07/2003)                                                                                                                                                                                                                                                                                                                                                |
| 04/07/2003 |    | (Court only) **Bar code printed for [26-1] entry docket (kbledsoe) (Entered: 04/07/2003)                                                                                                                                                                                                                                                                                                                                        |
| 04/07/2003 |    | ARREST of Robert NMI Garcia (lrivera) (Entered: 04/09/2003)                                                                                                                                                                                                                                                                                                                                                                     |
| 04/07/2003 | 28 | Initial appearance as to Robert NMI Garcia held before Magistrate Judge Dorina Ramos ; Detention Hearing set for 9:00 4/10/03 for Robert NMI Garcia Ct Reporter: Carmel Phelps Tape Number: 11:04-11:24 Interpreter: Not used App: Terry Leonard f/govt; (Defendant informed of rights.) , filed. Deft appeared w/o attorney. Deft requests appointed counsel. Detention set for April 10, 2003 at 9:00. Court grants Govt's request for temporary detention and a continuance to prepare for the detentin hearing. Deft remanded. (lrivera) (Entered: 04/09/2003) |
| 04/07/2003 | 29 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Robert NMI Garcia Detention Hearing set for 9:00 4/10/03 for Robert NMI Garcia ( Signed by Magistrate Judge Dorina Ramos ), entered. (lrivera) (Entered: 04/09/2003)                                                                                                                                                                             |

| | | |
|---|---|---|
| 04/08/2003 | 30 | arrest WARRANT issued 1/9/03 Returned Executed as to Robert NMI Garcia on 4/7/03 , filed. (kbledsoe) (Entered: 04/11/2003) |
| 04/08/2003 | | (Court only) **Location LC as to Robert NMI Garcia (kbledsoe) (Entered: 04/11/2003) |
| 04/10/2003 | 31 | Call for Detention Hearing as to Robert NMI Garcia not held before Magistrate Judge Dorina Ramos Ct Reporter: Lupita Corbett Tape Number: 9:14-9:14 Interpreter: no used App: Anibal Alaniz f/govt; David Higdon f/deft , filed. Detention hearing continued to Wed, April, 16, 2003 at 9:00. Deft not present TB-reactor. Deft remanded. (lrivera) Modified on 07/31/2003 (Entered: 04/18/2003) |
| 04/10/2003 | 32 | NOTICE of Appearance for Robert NMI Garcia by Attorney David Alan Higdon , filed. (lrivera) (Entered: 04/18/2003) |
| 04/11/2003 | | (Court only) **Bar code printed for [30-1] executed warrant (kbledsoe) (Entered: 04/11/2003) |
| 04/16/2003 | 33 | Detention hearing as to Robert NMI Garcia held before Magistrate Judge Dorina Ramos Ct Reporter: Lupita Corbett Tape Number: 9:18-9;22 Interpreter: not used App: James Sturgis f/govt; David Higdon f/dft , filed. Deft wit, Betty June Church Hernandez, defendant's aunt. Court takes judicial notice of Pretiral Report. Deft held without bond pending trial and Order of Detention Pending Trial to be entred. Indictment to be amended to rflect Deft's true name of Richard Garcia as requested by the Government. Defrt to be transferred to Corpus Christi asap. (lrivera) (Entered: 04/18/2003) |
| 04/18/2003 | | (Court only) **Bar code printed for [32-1] notice appear/appearance (lrivera) (Entered: 04/18/2003) |
| 04/29/2003 | 34 | NOTICE of Setting : set Arraignment for 9:00 5/5/03 for Richard NMI Garcia before Magistrate Judge B. J. Ellington , filed. Parties ntfd. (lrivera) (Entered: 04/30/2003) |
| 05/05/2003 | 35 | Arraignment held before Magistrate Judge B. J. Ellington Ct Reporter: Grace Lerma Tape Number: 9:06:35-9:11:37 Jon Muschenheim f/govt; David Higdon f/deft.Robert NMI Garcia (2) 1, 2 , filed., Plea of Not Guilty: count 1, 2 . Deft. remanded to custody. (ysanchez) (Entered: 05/06/2003) |
| 05/05/2003 | 36 | SCHEDULING ORDER setting Pretrial Conference for 9:00 6/2/03; Jury Trial for 8:30 6/3/03 ; Jury Selection for 8:30 6/3/03 for Robert NMI Garcia ; Plea Agreement Due 5/23/03 before Judge Hayden W. Head, Jr ( Signed by Magistrate Judge B. J. Ellington ), entered. Parties ntfd. (ysanchez) (Entered: 05/06/2003) |
| 06/02/2003 | 37 | Pre-trial conference as to Robert NMI Garcia held before Judge Hayden W. Head, Jr Ct Reporter: Genay Rogan Tape Number: Digital: 9:41-9:42 App: Elsa Salinas-Patterson f/govt; David Alan Higdon f/deft , filed. Deft appeared w/ counsel. Announcement of plea of guity to count 1. Deft remanded. (lrivera) (Entered: 06/03/2003) |
| 06/02/2003 | 38 | Re-Arraignment held before Judge Hayden W. Head, Jr Ct Reporter: Genay Rogan Tape Number: Digital: 3:11-3:29 App: Elsa Salinas-Patterson f/govt; |

| | | |
|---|---|---|
| | | David Higdon f/deft , filed., Plea of Guilty: Robert NMI Garcia (2) count(s) 1 (Terminated motions -, Written plea agreement filed. Sentencing set Monday, August 25, 2003 at 9:00. PSI ordered. Deft says he rented the motel and the car and prepared the other co-defendants to leave. Deft remanded. (lrivera) (Entered: 06/03/2003) |
| 06/02/2003 | 39 | Plea Agreement as to Robert NMI Garcia , filed. (lrivera) (Entered: 06/03/2003) |
| 06/02/2003 | 40 | ORDER for Disclosure of PSI , PSI completion by 7/9/03 for Robert NMI Garcia , Objection to PSI due 7/23/03 , Final PSI due 8/4/03 , Sentencing set for 9:00 8/25/03 before Judge Hayden W. Head, Jr ( Signed by Judge Hayden W. Head, Jr ), entered. Parties ntfd. (lrivera) (Entered: 06/03/2003) |
| 06/06/2003 | | (Court only) **Bar code printed for [41-1] motion to continue sentencing (shytnen) (Entered: 06/06/2003) |
| 07/31/2003 | 46 | OBJECTION by Robert NMI Garcia to Presentence Investigation Report as to Robert NMI Garcia , filed. (kbledsoe) (Entered: 08/01/2003) |
| 07/31/2003 | 47 | MOTION by Robert NMI Garcia for extension of time to file objections to Presentence Investigation Report or in the alternative, Motion for leave to file Late Objections to Presentence Investigation Report , filed. (kbledsoe) (Entered: 08/01/2003) |
| 08/01/2003 | | (Court only) **Bar code printed for [46-1] objection presentence investigation (kbledsoe) (Entered: 08/01/2003) |
| 08/01/2003 | | (Court only) **Bar code printed for [47-1] motion for extension of time to file objections to Presentence Investigation Report or in the alternative, Motion for leave to file Late Objections to Presentence Investigation Report (kbledsoe) (Entered: 08/01/2003) |
| 08/01/2003 | 48 | ORDER granting [47-1] motion for extension of time to file objections to Presentence Investigation Report or in the alternative, Motion for leave to file Late Objections to Presentence Investigation Report as to Robert NMI Garcia (2) ( Signed by Judge Hayden W. Head, Jr ), entered. Parties ntfd. (shytnen) (Entered: 08/05/2003) |
| 08/06/2003 | 49 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Robert NMI Garcia , filed. (kbledsoe) (Entered: 08/07/2003) |
| 08/06/2003 | 50 | SEALED Confidential Sentencing Recommendation regarding Robert NMI Garcia to the Court, filed and placed in vault. (kbledsoe) (Entered: 08/07/2003) |
| 08/25/2003 | 52 | RESPONSE by USA as to Richard NMI Garcia to [49-1] Presentence Investigation report , filed. (kbledsoe) (Entered: 08/26/2003) |
| 08/26/2003 | | (Court only) **Bar code printed for [52-1] response (kbledsoe) (Entered: 08/26/2003) |
| 08/26/2003 | 54 | Sentencing held before Judge Hayden W. Head, Jr Ct Reporter: Genay Rogan Digital 1:10-1:36 Appearances: Elsa Salinas Patterson f/govt;David |

| | | |
|---|---|---|
| | | Higdon f/deft. Richard NMI Garcia (2) count(s) 1. 60 mos BOP; 3 years Supervised Release Term; $1,000 fine; $100 Special Assessment , filed. US Probation Officer: Stanley Ruta Deft's Motion for Continuance due to the fact that the state conviction could run concurrent to this conviction. The state said that it will be two weeks before it is reset. Gov is unopposed to motion. The court advises that he will not be running the sentences concurrent anyway. Gov has no position on the issue of running the convictions concurrent. USPO says that this deft is considered a federal prisoner and that the state has a detainer on him. The issue of running concurrently would be solely up to the state of Texas. The Court denies the motion for continuance. Discussion of deft's objections. Discussion of the fact that there is a 5 year cap on this conviction. USPO says that the guideline range can go up to 150-188 months. Defense objects to the 188.8 g cocaine in paragraph 15 and marijuana as relevant conduct. Defense objects to the weapon also. The Court sustains the objections. Deft will be at a level 17, range 51-63 months. Deft does not wish to speak. Gov recommends 60 month. Defense asks for low end of range. Defense asks for a 5k departure for cooperation. Gov will not be moving for that departure. Gov Witness #1 Charles Bartels. Deft remanded. (shytnen) (Entered: 08/27/2003) |
| 08/26/2003 | | (Court only) **Case closed as to all defendants: Gary NMI Garoutte, Richard NMI Garcia (shytnen) (Entered: 08/27/2003) |
| 08/26/2003 | | DISMISSAL of Count(s) on Government Motion Counts Dismissed: Richard NMI Garcia (2) count(s) 2 (shytnen) (Entered: 08/27/2003) |
| 08/27/2003 | | (Court only) **Bar code printed for [53-1] motion to continue sentencing (shytnen) (Entered: 08/27/2003) |
| 08/31/2003 | 56 | JUDGMENT as to , Richard NMI Garcia (2) count(s) 1 ( Signed by Judge Hayden W. Head, Jr ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the appropriate defense counsel, the AUSA, and the US Marshal. (kbledsoe) (Entered: 09/02/2003) |
| 10/03/2003 | | (Court only) **Bar code printed for [57-1] executed writ (shytnen) (Entered: 10/03/2003) |
| 10/17/2003 | | (Court only) **Bar code printed for [58-1] CJA (kbledsoe) (Entered: 10/17/2003) |
| 07/18/2011 | 63 | Transfer of Jurisdiction form signed by Judge Head, original returned to USPO as to Richard NMI Garcia, filed.(amireles, ) (Entered: 07/18/2011) |
| 08/18/2011 | 64 | Supervised Release Jurisdiction Transferred to Western District of Texas, Austin Division as to Richard NMI Garcia., filed.(dterrell, ) (Entered: 08/18/2011) |
| 08/18/2011 | 65 | TRANSMITTAL LETTER as to Richard NMI Garcia re: transfer of jurisdiction, filed. (dterrell, ) (Entered: 08/18/2011) |